UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY DETRES,

    Plaintiff,

v.                                         Case No. 8:11-cv-453-T-30TGW

NORTHSTAR LOCATIONS SERVICES,
LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #4). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on May 18, 2011.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-453.dismiss 4.wpd